R. Lewis Van Blois (Bar No. 38912)
  rlvanblois@vanbloislaw.com
Thomas C. Knowles (Bar No. 40899) – Designated Counsel for Service
  tcklaw@sbcglobal.net
VAN BLOIS & ASSOCIATES
7677 Oakport Street, Suite 565
Oakland, California 94621
Telephone: (510) 635-1284
Facsimile: (510) 635-1516

Attorneys for Plaintiff LINDA BAKER

Peter Dubrawski (Bar No. 65677)
  pdubrawski@hbblaw.com
Stephen J. Squillario (Bar No. 257781)
  ssquillario@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendants
MVT SERVICES, LLC, dba MESILLA
VALLEY TRANSPORTATION, and
CHRISTOPHER DION CLAIBORNE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MVT SERVICES, LLC, MVT SERVICES, LLC, dba MESILLA VALLEY TRANSPORTATION, MESILLA VALLEY TRANSPORTATION, CHRISTOPHER DION CLAIBORNE, and DOES ONE through ONE HUNDRED, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00753-JAM-DB<br><br>**ORDER ON MOTION FOR VOLUNTARY DISMISSAL** |

After considering the motion of plaintiff LINDA BAKER for voluntary dismissal and the parties' Stipulation of Dismissal, the Court

GRANTS the motion and dismisses the case, in its entirety, with prejudice as to all defendants.

DATED: 10/4/2017

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

APPROVED & ENTRY REQUESTED

Van Blois & Associates

By: /s/Thomas C. Knowles
Thomas C. Knowles
Attorneys for Plaintiff LINDA BAKER
tcklaw@sbcglobal.net

Haight, Brown & Bonesteel LLP

By: /s/Stephen J. Squillario
Stephen J. Squillario
Attorneys for Defendants
MVT SERVICES, LLC, dba MESILLA VALLEY TRANSPORTATION, and CHRISTOPHER DION CLAIBORNE